D313PENS                    Sentence

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                        09 CR 242 (NRB)

5    EDER PEDRAZA-PENA,

6                    Defendant.

7    ------------------------------x

8                                        New York, N.Y.
                                         March 1, 2013
9                                        4:20 p.m.

10

     Before:
11
                       HON. NAOMI REICE BUCHWALD,
12
                                              District Judge
13

14                           APPEARANCES

15   PREET BHARARA
          United States Attorney for the
16        Southern District of New York
     JENNA DABBS
17        Assistant United States Attorney

18   LOUIS CASUSO
          Attorney for Defendant
19

20   ALSO PRESENT:  Spanish Interpreter

21

22

23

24

25

1          (In open court)

2          THE DEPUTY CLERK:  This is United States v. Eder

3   Pedraza Peña, 09 CR 242.  Is the government present and ready

4   to proceed?

5          MS. DABBS:  Yes.  Jenna Dabbs for the government.

6   Good afternoon, your Honor.

7          THE DEPUTY CLERK:  Is the defendant present and ready

8   to proceed?

9          MR. CASUSO:  Yes, your Honor.  Louis Casuso on behalf

10  of Mr. Pedraza Peña who is before the Court with the aid of an

11  interpreter for sentencing, Judge.

12         THE COURT:  Let me begin by reciting the documents

13  I've received in connection with the sentence.

14         First I have the report of the probation office

15  bearing a cover memo dated February 21, 2013.  Next I have a

16  memorandum in aid of sentencing submitted by defense counsel

17  and filed on January 29, 2013.  And finally, I have the

18  government's letter of February 28, 2013.

19         Are there any other documents I should have received?

20         MS. DABBS:  No, your Honor.

21         MR. CASUSO:  No, your Honor.

22         THE COURT:  Let me just confirm that each of you has

23  received a copy of the probation office's report?

24         MS. DABBS:  Yes, your Honor.

25         MR. CASUSO:  Yes, your Honor.

1              THE COURT:  Have you had a chance, Mr. Casuso, to

2     review it with your client?

3              MR. CASUSO:  Yes, your Honor.

4              THE COURT:  Do you have any objections to it?

5              MR. CASUSO:  None, Judge.

6              THE COURT:  Does the government have any objections?

7              MS. DABBS:  No, your Honor.

8              THE COURT:  The floor is yours, Mr. Casuso.

9              MR. CASUSO:  Judge, this man is facing a long time

10    before you.  The only thing we ask -- he is sorry for what he

11    did.  His sister's before the Court, she came here, she is the

12    only one from his country who has a visa to come here.  I would

13    ask that you give him the low end of the guidelines which is 19

14    years.  He's 47 years old.  He's facing a long time, Judge, and

15    I would ask that you not give him any more than that.  Other

16    than that, we have nothing else to say.

17             THE COURT:  Does the government want to say anything?

18             MS. DABBS:  Your Honor, we believe that a guideline

19    sentence is appropriate in the case.

20             THE COURT:  There seems to be a consensus.

21             MS. DABBS:  What is clear from the PSR, and I will

22    note and I assume there won't be any disagreement from my

23    counterpart, I think the only possible mitigating factor is the

24    defendant's personal and family circumstances were certainly

25    difficult in a number of respects.  In the government's view it

1   doesn't outweigh the nature of the conduct here and the

2   applicability of a sentence within guidelines range.

3           MR. CASUSO:  We agree with that, your Honor.

4           THE COURT:  Mr. Pedraza Peña, you have the opportunity

5   to speak if you wish.  It is not required, but you do have an

6   opportunity to speak.

7           THE DEFENDANT:  Your Honor, I would like to ask you

8   for your forgiveness.  Also, to ask you and my family and your

9   country to forgive me.  I promise you that I am trying to be a

10  better person.  And that I will accept your sentence, your

11  Honor.  That is all, thank you very much.

12          THE COURT:  Well, as I said earlier, there appears to

13  be a consensus that a guideline sentence is appropriate.  And I

14  will concur with the defense counsel that it be at the bottom

15  of the guidelines of 235 months.  And there is a $100 special

16  assessment.

17          The probation department recommends no supervised

18  release since there are detainers from ICE and removal will

19  follow the sentence.  I gather that there is no forfeiture

20  amount here.

21          MS. DABBS:  That's correct, Judge.  The government is

22  not pursuing forfeiture.

23          THE COURT:  Just to add, there doesn't appear to be

24  any factor that would warrant a deviation from the guidelines

25  given the severity of the offense.

D313PENS                    Sentence

1          I will advise the defendant that he has the right to

2     appeal the sentence that I've imposed.  I think he may have

3     waived that right in his plea agreement.

4          And there are open counts.

5          MS. DABBS:  That's right, Judge, and the government

6     would ask that the one open count be dismissed at this time.

7          THE COURT:  The motion is granted.  Is there anything

8     else?

9          MR. CASUSO:  No, your Honor.

10          MS. DABBS:  Nothing further from the government,

11     judge.

12          THE COURT:  Thank you.

13                              o0o

14

15

16

17

18

19

20

21

22

23

24

25